Form G-3 (20230922)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION        DIVISION**

In re:  Melissa M Ragano                    )  Chapter  13
                                            )
                                            )  No. 23-14279
                                            )
        Debtor(s)                           )  Judge Donald R. Cassling

## NOTICE OF MOTION

TO:  See attached list

　　　PLEASE TAKE NOTICE that on February 29, 2024, at 10:00 a.m., I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, **either** in courtroom  619  of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604  **or** electronically as described below, and present the motion of the Debtor [to/for] Objection to Claim 1 of Exeter Finance LLC, a copy of which is attached.

　　　**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

　　　**To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

　　　**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

　　　**Meeting ID and passcode.**  The meeting ID for this hearing is  161 414 7941 , and the passcode is  619 .  The meeting ID and passcode can also be found on the judge's page on the court's web site.

　　　**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

　　　　　　　　　　　　　　　　　　　By:  /s/ David H. Cutler
　　　　　　　　　　　　　　　　　　　Counsel for Debtor(s)
　　　　　　　　　　　　　　　　　　　Cutler & Associates, Ltd.
　　　　　　　　　　　　　　　　　　　4131 Main St.
　　　　　　　　　　　　　　　　　　　Skokie, IL 60076
　　　　　　　　　　　　　　　　　　　Phone: (847) 673-8600
　　　　　　　　　　　　　　　　　　　cutlerfilings@gmail.com

## CERTIFICATE OF SERVICE

    I, __David H. Cutler_____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on ____January 30, 2024____, at _5:00 p.m._ .

                                /s/ David H. Cutler
                                [Signature]

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-14279 |
| Melissa M Ragano | ) | |
| | ) | HON. Donald R Cassling |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**LIST OF PARTIES SERVED**

Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850 Chicago, IL 60603, via electronic court notification;

Office of the U.S. Trustee, 219 South Dearborn, Suite 873, Chicago, IL 60604, via electronic court notification;

Melissa M Ragano, 661 W Pickwick Ct. Mount Prospect, IL 60056, via U.S. Mail;

Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS Oklahoma City, OK 73118, via U.S. Mail;

Corporation Service Company, Registered Agent, Exeter Finance LLC, 222 Jefferson Blvd., Suite 200 Warwick, RI 02888, via U.S. Mail;

Brad Martin, President & Chief Operating Officer, Exeter Finance LLC, 2101 W John Carpenter Fwy Irving, TX 75063-3228, via U.S. Mail;

Exeter Finance, P.O. Box 166008, Irving, TX 75016, via U.S. Mail;

See attached Service List, served via U.S. Mail.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No.: 23-14279 |
| Melissa M Ragano ) | |
| ) | Chapter 13 |
| ) | |
| ) | Judge: Donald R Cassling |
| Debtor(s) ) | |

**OBJECTION TO CLAIM 1 OF EXETER FINANCE LLC**

NOW COMES the Debtor, Melissa M Ragano, ("the Debtor") by and through her attorneys, The Law Offices of Cutler & Associates, Ltd. to present her Objection to Claim 1 of Exeter Finance LLC, and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. §1334 and this is a "core proceeding" under 28 U.S.C. §157(b).

2. That the Debtor filed a petition for relief pursuant to Chapter 13 of Title 11 United States Code on October 25, 2023.

3. This Honorable Court has not yet confirmed the Debtor's Chapter 13 Plan.

4. The Debtor's proposed Chapter 13 Plan provides for a plan payment of $363 for 60 months with unsecured creditors receiving 12% of their unsecured claims.

5. The Debtor's proposed plan also provides for payment of Exeter Finance LLC's ("Exeter") secured claim for the Debtor's 2018 Dodge Journey.

6. On November 3, 2023, Exeter filed a secured Proof of Claim, Claim No. 1, for a total claim of $28,852.78 secured by the Debtor's 2018 Dodge Journey. The claim lists a total amount owed of $28,852.78, of which $13,350 is secured and $15,502.78 is

unsecured. A copy of the Proof of Claim in this case is attached and marked as "Exhibit A".

7. The Debtor filed a prior Chapter 13 bankruptcy case on November 15, 2019, case no. 19-32520.

8. In the prior case, Exeter's Proof of listed a total claim of $20,798.14. A copy of Exeter's Proof of Claim filed in the prior case is attached and marked as "Exhibit B".

9. The Debtor's plan was confirmed in that case and provided for payments to Exeter for its secured claim.

10. In the 2019 case, the Chapter 13 Trustee made disbursements to Exeter in the amount of $14,271.87, that was $10,249.69 of principal and $4,022.18 of interest. A copy of printout from the National Data Center claim detail that shows the payments to Exeter is attached and marked as "Exhibit C".

11. The Debtor's 2019 case was dismissed on October 6, 2023.

12. Exeter's claim in the instant case (Exhibit A) has increased from the amount listed in the claim filed in the Debtor's prior case (Exhibit B) by more than $8,000 despite the fact that Exeter received $14,271.87 in payments from the trustee in the prior case.

13. The Debtor has requested a detailed breakdown of the application of payments in the prior case to Exeter's loan, but has not received a response.

14. The Debtor, therefore, objects to the claim of Exeter.

WHEREFORE, the Debtor Melissa M Ragano, prays for the following relief:

A.    That this Court enter an order requiring Exeter Finance LLC to supplement its Proof of Claim so that the Debtor can determine whether all payments have properly been applied;

B.    Or, in the alternative, that this Court enter an order reducing the claim of Exeter Finance LLC by the $14,271.87 in payments it received from the Debtor's prior case; and

C.    For such other and further relief as this Court deems proper under the circumstances.

January 30, 2024                              By:    /s/ David H. Cutler

                                                                                               David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600