```
Label Matrix for local noticing      Exeter Finance LLC, c/o AIS Portfolio Servic     U.S. Bankruptcy Court
0752-1                               4515 N Santa Fe Ave. Dept. APS                   Eastern Division
Case 23-14279                        Oklahoma City, OK 73118-7901                     219 S Dearborn
Northern District of Illinois                                                         7th Floor
Eastern Division                                                                      Chicago, IL 60604-1702
Tue Jan 30 15:09:38 CST 2024

Ability Recovery Service             Americash Loans                                  (p)BROWN & JOSEPH  LLC
Attn: Bankruptcy                     Att: MIGDAL LAW GROUP LLP                        ONE PIERCE PLACE SUITE 700W
Po Box 4262                          Po Box 64600                                     ITASCA IL 60143-2606
Scranton, PA 18505-6262              Chicago, IL 60664-0600


CEP AMERICA LLC                      (p)CMRE FINANCIAL SERVICES INC                   (p)CREDITORS' DISCOUNT & AUDIT CO   CDA
c/o Wakefield & Associates, LLC      3075 E IMPERIAL HWY STE 200                      ATTN KEN ARMSTRONG
PO Box 51272                         BREA CA 92821-6753                               415 E MAIN ST
Knoxville, TN 37950-1272                                                              PO BOX 213
                                                                                      STREATOR IL 61364-0213


ERC/Enhanced Recovery Corp           Exeter Finance Corp                              Exeter Finance LLC
Attn: Bankruptcy                     Po Box 166008                                    AIS Portfolio Services, LLC
8014 Bayberry Road                   Irving, TX 75016-6008                            4515 N Santa Fe Ave. Dept. APS
Jacksonville, FL 32256-7412                                                           Oklahoma City, OK 73118-7901


Exeter Finance LLC c/o AIS Portfolio Service    Fingerhut                             First Access/Bank of Missouri
4515 N. Santa Fe Ave. Dept. APS      Attn: Bankruptcy                                 PO Box 89028
Oklahoma City, OK 73118-7901         6250 Ridgewood Road                              Sioux Falls, SD 57109-9028
                                     Saint Cloud, MN 56303-0820


First Premier Bank                   Gateway Financial Solutions                      Gateway Financial Solutions
Attn: Bankruptcy                     Attn: Bankruptcy                                 c/o Dimand Walinski Law Offices, P.C.
Po Box 5524                          Po Box 3257                                      2225 Enterprise Dr., Suite 2504
Sioux Falls, SD 57117-5524           Saginaw, MI 48605-3257                           Westchester, IL 60154-5805


Harris and Harris                    IC System, Inc                                   Inbox Loan
111 W Jackson Blvd                   Attn: Bankruptcy                                 PO Box 881
Ste 400                              Po Box 64378                                     Santa Rosa, CA 95402-0881
Chicago IL 60604-4135                Saint Paul, MN 55164-0378


LVNV Funding, LLC                    (p)MEDICAL BUSINESS BUREAU  LLC                  Moneykey
Resurgent Capital Services           1460 RENAISSANCE DR                              3422 Old Capitol Trail, Suite 1613
PO Box 10587                         SUITE 400                                        Wilmington, DE 19808-6124
Greenville, SC 29603-0587            PARK RIDGE IL 60068-1349


NCB Management Services              Northshore Medical                               Premier Bankcard, LLC
Attn: Bankruptcy                     6810 N McCormick Blvd                            Jefferson Capital Systems LLC Assignee
One Allied Drive                     Lincolnwood IL 60712-2709                        Po Box 7999
Trevose, PA 19053-6945                                                                Saint Cloud MN 56302-7999


Resurgent Receivables                Resurgent Receivables, LLC                       T Mobile/T-Mobile USA Inc
355 S Main St                        Resurgent Capital Services                       by American InfoSource as agent
Suite 300                            PO Box 10587                                     4515 N Santa Fe Ave
Greenville, SC 29601-3263            Greenville, SC 29603-0587                        Oklahoma City, OK 73118-7901
```

| | | |
|---|---|---|
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TrueAccord<br>16011 College Blvd<br>Suite 130<br>Lenexa, KS 66219-9877 | (p)UNIVERSAL ACCEPTANCE CORP<br>PO BOX 398104<br>EDINA MN 55439-8104 |
| WLCC Lending MFT<br>Dba: Merit Financial Trust<br>#1 Wakpamni Lake Housing,<br>Batesland, SD 57716 | WLCC Lending MFT<br>Dba: Oceanpark Funding<br>#1 Wakpamni Lake Housing,<br>Batesland, SD 57716 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 |
| Melissa M Ragano<br>661 W Pickwick Ct.<br>Mount Prospect, IL 60056-5331 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Brown and Joseph LLC<br>1 Pierce Pl St 700W<br>Itasca IL 60143 | CMRE Financial Services<br>Attn: Bankruptcy<br>3075 E. Imperial Hwy, Suite 200<br>Brea, CA 92821 | Cda/Pontiac<br>Attn: Bankruptcy<br>Po Box 213<br>Streator, IL 61364 |
| Med Business Bureau<br>Attn: Bankruptcy<br>1460 Renaissance Dr #400<br>Park Ridge, IL 60068 | TMobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596 | Universal Acceptance<br>Attn: Bankruptcy Dept<br>Po Box 398104<br>Edina, MN 55439 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Inbox Loan
Po Box 881
Santa Rosa CA 95402-0881

End of Label Matrix
Mailable recipients   38
Bypassed recipients    1
Total                 39