Form 85 (20210922_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                  )          Case Number:  23-14279
Melissa M Ragano,                                       )
                                                        )
                                                        )          Chapter:   13
                                                        )
                                                        )          Honorable Donald R. Cassling
                                                        )
              Debtor(s)                                 )

## ORDER SUSTAINING OBJECTION TO CLAIM 1

THIS MATTER coming to be heard on the Objection of the Debtor for entry of an Order regarding Claim 1; the Court being advised in the premises; with due notice having been given;

IT IS HEREBY ORDERED:

1.  That the Debtor's Objection to Claim 1 filed by Exeter Finance LLC is sustained as provided herein;

2.  That the claim of Exeter Finance LLC be reduced by $14,271.87 based on payments received during Debtor's 2019 Chapter 13 case.  Exeter Finance LLC's secured claim shall be allowed at $14,580.91.

Enter:

*Donald R. Cassling*

United States Bankruptcy Judge

Dated: **March 11, 2024**

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600